IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JODIE WINWOOD,

        Plaintiff,                           Civil Action No:   2:24-cv-01329

vs.                                      **Electronically Filed**

JOEL WHITEKO,

        Defendant

## <u>NOTICE OF REMOVAL</u>

NOW COMES Defendant, Joel Whiteko, by and through his attorneys, Andrews & Price, LLC, and files the following Notice of Removal of the above-captioned action from the Court of Common Pleas of Westmoreland County, PA, where it has been assigned docket number 24CI03159, to the United States District Court for the Western District of Pennsylvania, and in support thereof avers as follows:

1.      This action was commenced in the Court of Common Pleas of Washington County, PA, by Complaint on August 7, 2024, at docket number 24CI03159 (See Ex. "B", Docket).

2.      Defendant was served with the Complaint on August 23, 2024. (See Ex. "C", Sheriff Return of Service).

3.      In the Complaint, Plaintiff alleges that she attended a meeting of the Belle Vernon Area School District Board of School Directors to comment on their selection of a new superintendent on September 6, 2023. (See Ex. "A", Plaintiff's Complaint at ¶1-22).

4.      Plaintiff alleges that, after she made her comments,  Defendant, the elected School Board President, made defamatory remarks about her in violation of her rights under the U.S. Constitution.   Ex. "A", Plaintiff's Complaint at ¶1-22).

5.     Plaintiff has brought two claims against Defendant pursuant to 42 U.S. Code §1983, alleging that Defendant engaged in First Amendment Retaliation and violated her Due Process rights under the Fourteenth Amendment (Ex. "A" at ¶50-72).

6.     Plaintiff has also asserted Pennsylvania common law claims for defamation. (See Ex. "A" ¶23-49).

7.     Pursuant to 28 U.S.C. §1441(c)(1)(A), a civil action is removable where that civil action includes claims arising under the Constitution, laws, or treaties of the United States within the meaning of 28 U.S.C. §1331 (Original Jurisdiction/Federal Question). 28 U.S.C. §1441(c)(1)(A).

8.     Plaintiff's Complaint contains causes of action arising under the Constitution, laws, or treaties of the United States as set forth in 28 U.S.C. §1441(c)(1)(A), more specifically, claims pursuant to the First and Fourteenth Amendments to the United States Constitution, and 42 U.S. Code §1983.   *See, generally,* Plaintiff's Complaint, Ex. A.

9.     This Court has removal jurisdiction over this matter pursuant to 28 U.S.C. §1441(c)(1)(A) and 28 U.S.C. §1331.

10.     This Notice of Removal is filed within 30 days after the Complaint was served upon the Defendant.   The Complaint was the first paper from which it was ascertained that this action is one which is removable.

11.     Accordingly, this notice of removal is timely pursuant to 28 U.S.C. §1446(b)(3).

12.     Written notice of the filing of this Notice of Removal will be promptly served upon Plaintiff after the filing of the Notice with the United States District Court for the Western District of Pennsylvania.

13.     A true and correct copy of this Notice of Removal will be filed with the Prothonotary of the Court of Common Pleas of Westmoreland County, PA, promptly after the filing of the Notice with the United States District Court for the Western District of Pennsylvania, as is required by law.

14.     By filing this Notice of Removal, Defendant does not waive any defense which may be available, including jurisdiction.

WHEREFORE, Defendant requests that this action proceed in this court as an action properly removed to it.

Respectfully, submitted,

**ANDREWS & PRICE, LLC**

September 20, 2024
(Date)

/s/ Casey Rankin
Casey Rankin, Esquire
Attorney for Defendant, Joel Whiteko

1500 Ardmore Boulevard
Suite 506
Pittsburgh, PA 15221
(412) 243-9700 (phone)
(412) 243-9660 (fax)
crankin@andrewsandprice.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JODIE WINWOOD,

      Plaintiff,                       Civil Action No:  2:24-cv-01329

vs.

JOEL WHITEKO,

      Defendant

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the within NOTICE OF REMOVAL was sent to the following via Electronic Mail and U.S. Mail first class this 20th day of September, 2024:

Nicholas R. DiNardo, Esq.
Very Law PLLC
301 Grant St. Ste 270,
Pittsburgh, PA, 15219
nd@verylaw.com

**ANDREWS & PRICE, LLC**

/s/ Casey Rankin
Casey Rankin, Esquire
Attorney for Defendant, Joel Whiteko

1500 Ardmore Boulevard
Suite 506
Pittsburgh, PA 15221
(412) 243-9700 (phone)
(412) 243-9660 (fax)